QUANAH, A. & P. RY. CO. v. WARREN.
(No. 1242.)

(Court of Civil Appeals of Texas. Amarillo. Nov. 14, 1917.)

Appeal from Motley County Court; A. B. Crane, Judge.

Action by C. W. Warren against the Quanah, Acme & Pacific Railway Company. Judgment for plaintiff, and defendant appeals. Affirmed.

G. E. Hamilton, of Matador, and J. P. Marrs, of Quanah, for appellant. T. T. Bouldin, of Matador, for appellee.

HALL, J. We find that the questions presented in this case are the same questions presented in cause No. 1241, 198 S. W. 814, between the same parties, and for the reasons stated in our opinion in cause 1241 the judgment in this case is affirmed.